◼  THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH SMITH, Appellant.—Judgment of the Supreme Court, Suffolk County, rendered April 10, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Mollen, P. J., Cohalan, O'Connor and Weinstein, JJ., concur.